UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

STERLING SAVINGS BANK,

        Plaintiff,

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,

        Defendant.

_____/

Case No. **2:13-cv-01055**

AFFIDAVIT OF SERVICE

STATE OF DELAWARE
County of New Castle       ss.

I, Daniel Newcomb, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Delaware and that I am ot a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; Civil Case Management Time Schedules*

Upon **OCWEN LOAN SERVICING, LLC**, by personal service upon Sue Rhea, the clerk on duty in the office of the registered agent, Corporation Service Company, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808 on June 27, 2013 at 2:50 PM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this \_\_1\_\_ day of \_\_\_July\_\_\_, 20\_13\_
by Daniel Newcomb.

_____
Notary Public

X _____
Daniel Newcomb
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*301126*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

STERLING SAVINGS BANK,

        Plaintiff,

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,

        Defendant.
_____/

Case No. **2:13-cv-01055**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah    ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On June 28, 2013, I mailed a true copy of the Summons and Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; Civil Case Management Time Schedules via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which service was made, to OCWEN LOAN SERVICING, LLC.

The envelope was addressed as follows:

        Corporation Service Company
        2711 Centerville Rd., Suite 400
        Wilmington, DE 19808

I declare under the penalty of perjury that the above statement is true and correct.

X_____
Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 28 day of June, 2013
by Mary Brodbeck.

_____
Notary Public for Oregon

OFFICIAL SEAL
CHERI J CROWE
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015

*381126*