**Emilie K. Edling**, OSB #035931
E-mail: eedling@houser-law.com
HOUSER & ALLISON, APC
134 SE 5th Ave Ste A
PO Box 728
Hillsboro, OR 97123
Telephone: 949.679.1111
Facsimile: 949.679.1112
Attorney for Defendant Ocwen Loan Servicing, LLC AND Bank of America, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

STERLING SAVINGS BANK, a Washington state chartered bank,

Plaintiffs.

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,

Defendants.

Case No.: 2:13-cv-01055

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Mortgage Electronic Registration Systems, Inc. ("MERS"), by counsel, hereby submits its Corporate Disclosure Statement:

1. MERS is a wholly owned subsidiary of MERSCORP Holdings, Inc.
2. MERSCORP Holdings, Inc. is a privately owned corporation.

**Houser & Allison, APC**
134 SE 5th Ave Ste A
Hillsboro, OR 97123
Telephone: 949-679-1111

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**
**Page 1**

3. The Federal Home Loan Mortgage Corporation and the Federal National Mortgage Association are both publicly traded companies and each own 10% or more of MERSCORP Holdings, Inc.'s stock.

DATED this 22nd day of July, 2013.

        HOUSER & ALLISON, APC

       BY /s/ *Emilie K. Edling*
         **Emilie K. Edling**
         OSB #035931
         Telephone: (503) 914-1382
         Attorneys for Ocwen Loan Servicing, LLC

**Houser & Allison, APC**

134 SE 5th Ave Ste A
Hillsboro, OR 97123
Telephone: 949-679-1111

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**
**Page 2**

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

On 7-22-13, I served the foregoing document **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT** in the following individuals ECF notification:

HOUSER & ALLISON, APC

*Emilie Edling*
Emilie Edling

**Houser & Allison, APC**

134 SE 5th Ave Ste A
Hillsboro, OR 97123
Telephone: 949-679-1111

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**
**Page 3**